B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Legal Helpers Debt Resolution, LLC**                  ,      Case No.   **14-35193**

                                      Debtor                    Chapter          **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 70,655,998.17 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 70,655,998.17 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Legal Helpers Debt Resolution, LLC**

Debtor

Case No. ___**14-35193**___

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Legal Helpers Debt Resolution, LLC**                              , Case No.    __14-35193__

_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Legal Helpers Debt Resolution, LLC**                               ,     Case No.  __14-35193__
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **See attached Rider B(2)** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           **0.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Legal Helpers Debt Resolution, LLC**                              ,     Case No.    **14-35193**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **The Mortgage Law Group ("TMLG") owes LHDR $1.8 million - TMLG filed its own chapter 7 case - thus, this asset is likely of no value.** | - | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >         **0.00**
(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Legal Helpers Debt Resolution, LLC**                              ,   Case No.   __14-35193__
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 0.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**B6D (Official Form 6D) (12/07)**

In re  **Legal Helpers Debt Resolution, LLC** _____ ,  Case No.  **14-35193** _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re   **Legal Helpers Debt Resolution, LLC**                              Case No.   **14-35193**
_____ ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**___ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Legal Helpers Debt Resolution, LLC**                                    ,    Case No.  __14-35193__

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx1249** | | | - | | | | | | |
| **233 S. Wacker LLC** **PO Box 3085** **Hicksville, NY 11802-3085** | | | | | | | | | 61,200.00 |
| Account No. | | | - | | | | | | |
| **Abbey Weitzenberg Warren & Emery** **100 Stoney Point Rd.** **Suite 200, P.O. Box 1566** **Santa Rosa, CA 95402** | | | | | | | | | 161,680.00 |
| Account No. | | | - | | | | | | |
| **Access One, Inc.** **P.O. Box 8501** **Chicago, IL 60680** | | | | | | | | | 31,412.70 |
| Account No. | | | - | | | | | | |
| **American Capital** **P.O. Box 790448** **Saint Louis, MO 63179** | | | | | | | | | 11,704.50 |
| __14__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 265,997.20 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Legal Helpers Debt Resolution, LLC**                                    ,        Case No.    **14-35193**
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Baxter, Elizabeth Martin J. Peck, #16273 107 E. Harvey, Second Floor Wellington, KS 67152 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Beam, James S. c/o Jason Graeber 2426 Pass Road Biloxi, MS 39531 | - | | | X | X | X | 54,000.00 |
| Account No. | | | | | | | |
| Broughton, Perry K. Amyx / L. Williams - Ch. 13 TTE 300 W. Douglas, Suite 650 Wichita, KS 67202 | - | | | X | X | X | 26,000.00 |
| Account No. | | | | | | | |
| ComEd P.O. Box 6111 Carol Stream, IL 60197 | - | | | | | | 525.43 |
| Account No. | | | | | | | |
| Credence Corp 3215 NW 10th Terrace #210 Fort Lauderdale, FL 33309 | - | | | | | | 17,521.99 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal | 98,047.42 |
| (Total of this page) | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Legal Helpers Debt Resolution, LLC**                    ,   Case No.   __14-35193__
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Daniel Coker Horton & Bell, P.A. 4400 Old Cannon Road, Ste 400 P.O. Box 1084 Jackson, MS 39215 | - | | | | | | 5,449.42 |
| Account No. | | | | | | | |
| Daum, Cynthia Jennifer Palmquist 1001 SW Fifth Avenue, Suite 1220 Portland, OR 97204 | - | | | X | X | X | 3,000,000.00 |
| Account No. | | | | | | | |
| Friel, James and Deborah The Scott Law Group, P.S. 926 W. Sprague Ave., Suite 680 Spokane, WA 99201 | - | | | X | X | X | 237,498.00 |
| Account No. | | | | | | | |
| FSCC 17461 Derian Ave. Suite 200 Irvine, CA 92614 | - | | | | | | 9,673.25 |
| Account No. | | | | | | | |
| Global Consortium Alliance Group | - | | | | | | 39,664.18 |

Sheet no. __2__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,292,284.85

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Legal Helpers Debt Resolution, LLC**                                         ,          Case No. ____**14-35193**_____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Godfrey & Kahn** <br> **Bin # 318** <br> **Milwaukee, WI 53288-0318** | - | | | | | | 8,861.55 |
| Account No. <br><br> **Greenspoon Marder PA** <br> **c/o Meredith Leonard** <br> **200 East Broward Blvd., Ste. 1500** <br> **Fort Lauderdale, FL 33301** | - | | | | | | 333,071.80 |
| Account No. <br><br> **Grimes, Emily** <br> **c/o Jason Graeber** <br> **2426 Pass Road** <br> **Biloxi, MS 39531** | - | | | X | X | X | 54,000.00 |
| Account No. <br><br> **Guidotti, Dawn** <br> **c/o Polino and Pinto, P.C.** <br> **720 East Main Street, Suite I C** <br> **Moorestown, NJ 08057** | - | | | X | X | X | 17,000,000.00 |
| Account No. <br><br> **Harrison, James** <br> **Shawn J. Wanta, Bryce M. Miller** <br> **222 South Ninth Street, Suite 2955** <br> **Minneapolis, MN 55402** | - | | | X | X | X | 6,800,000.00 |

Sheet no. __**3**___ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,195,933.35

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Legal Helpers Debt Resolution, LLC**                                              Case No.   **14-35193**
                                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Judgment | | | | |
| Henderson, Derek c/o Jason Graeber 2462 Pass Road Biloxi, MS 39531 | - | | | | | | 115,000.00 |
| Account No. | | | | | | | |
| Hinkley Springs P.O. Box 660579 Dallas, TX 75266-0579 | - | | | | | | 535.11 |
| Account No. | | | | | | | |
| Hopkins, Darrell and Wendy c/o Jason Graeber 2426 Pass Road Biloxi, MS 39531 | - | | | X | X | X | 54,000.00 |
| Account No. | | | | | | | |
| Horwood Marcus & Berk 500 West Madison Suite 3700 Chicago, IL 60661 | - | | | | | | 124,771.10 |
| Account No. | | | | | | | |
| Huber, George c/o Jason Graeber 2426 Pass Road Biloxi, MS 39531 | - | | | X | X | X | 50,000.00 |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

344,306.21

B6F (Official Form 6F) (12/07) - Cont.

In re   **Legal Helpers Debt Resolution, LLC**                          ,         Case No. ___**14-35193**___
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Isgett, Robert and Naomi c/o Penny Hays Cauley 1303 W. Evans St. Florence, SC 29501** | - | | | | | | | 10,000.00 |
| Account No. | | | | | | | | |
| **JAMS - Denver 410 17th Street # 1600 Denver, CO 80202** | - | | | | | | | 6,671.04 |
| Account No. | | | | | | | | |
| **Jones, Peter D. c/o Jason Graeber 2426 Pass Road Biloxi, MS 39531** | - | | | | X | X | X | 54,000.00 |
| Account No. | | | | | | | | |
| **Kilpatrick, Cheryl c/o Jason Graeber 2426 Pass Road Biloxi, MS 39531** | - | | | | X | X | X | 54,000.00 |
| Account No. | | | | | | | | |
| **Konica Minolta 21146 Network Place Chicago, IL 60673** | - | | | | | | | 2,181.74 |

Sheet no. __**5**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

126,852.78

B6F (Official Form 6F) (12/07) - Cont.

In re   **Legal Helpers Debt Resolution, LLC**                                              ,        Case No. ___**14-35193**___
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Latimer LeVay Fyock LLC 55 W. Monroe Street Suite 1100 Chicago, IL 60673 | - | | | | | | 2,614.85 |
| Account No. | | | | | | | |
| LeClair Ryan c/o Bruce Edington One Riverfront Plaza 1037 Raymond Blvd., 16th Floor Newark, NJ 07102 | - | | | | | | 1,800.00 |
| Account No. | | | | | | | |
| Legal Services Support Group Nicholas Nastasi, Saul Ewing LLP 1500 Market Street, 38th Floor Philadelphia, PA 19102 | - | | | X | X | X | 600,000.00 |
| Account No. | | | | | | | |
| Legal Video Services, Inc. S-9403 Old Bluff Trail Prairie Du Sac, WI 53578 | - | | | | | | 734.93 |
| Account No. | | | | | | | |
| Legallink, Inc. P.O. Box 277951 Atlanta, GA 30384 | - | | | | | | 284.40 |

Sheet no. __6__ of __14__ sheets attached to Schedule of        Subtotal            |
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)   605,434.18

B6F (Official Form 6F) (12/07) - Cont.

In re   **Legal Helpers Debt Resolution, LLC**                                    ,     Case No.   **14-35193**
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Leonard O'Brien Law Firm** c/o Eldon Spencer, Esq. 100 South Fifth Street, Suite 2500 Minneapolis, MN 55402 | - | | | | | | 138.85 |
| Account No. | | | | | | | |
| **LHDR California, LLP** 8001 Irvine Center Drive Suite 400 Irvine, CA 92618 | - | | | | | | 244.72 |
| Account No. | | | | | | | |
| **Natioanl Registered Agents, Inc.** 1660 Walt Whitman Road Suite 140 Melville, NY 11747 | - | | | | | | 756.00 |
| Account No. | | | | | | | |
| **National Data Systems** P.O. Box 1826 Tustin, CA 92781 | - | | | | | | 3,506.29 |
| Account No. | | | | | | | |
| **Patrick, Shirley** c/o Jason Graeber 2426 Pass Road Biloxi, MS 39531 | - | | | X | X | X | 54,000.00 |

Sheet no. _**7**_ of _**14**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,645.86

B6F (Official Form 6F) (12/07) - Cont.

In re   **Legal Helpers Debt Resolution, LLC** _____,   Case No. _____**14-35193**_____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Rathje & Woodward, LLC c/o Timothy Elliott 300 East Roosevelt Road, Ste. 300 Wheaton, IL 60187** | - | | | | | | 62,625.05 |
| Account No. | | | | | | | |
| **Rayburn, Ellen c/o Jason Graeber 2426 Pass Road Biloxi, MS 39531** | - | | | X | X | X | 54,000.00 |
| Account No. | | | | | | | |
| **Ryan, Swanson & Cleveland, PLLC 1201 Third Avenue Suite 3400 Seattle, WA 98101-3034** | - | | | | | | 12,518.91 |
| Account No. | | | | | | | |
| **Scamardella, Alex and Shirley c/o Polino and Pinto, P.C. 720 East Main St., Suite I C Moorestown, NJ 08057** | - | | | X | X | X | 17,000,000.00 |
| Account No. | | | | | | | |
| **Singerman, Mills Desberg & Kauntz 3333 Richmond Rd. # 370 Beachwood, OH 44122** | - | | | | | | 6,898.89 |

Sheet no. __**8**___ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,136,042.85

B6F (Official Form 6F) (12/07) - Cont.

In re **Legal Helpers Debt Resolution, LLC**                           , Case No. **14-35193**
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Small, Terry L.** **c/o Jason Graeber** **2426 Pass Road** **Biloxi, MS 39531** | | - | | | X | X | X | 54,000.00 |
| Account No. | | | | | | | | |
| **SmithAmundsen** **150 N. Michigan Ave.** **Suite 3300** **Chicago, IL 60601** | | - | | | | | | 4,720.59 |
| Account No. | | | | | | | | |
| **Spire Parking, LLC** **1550 Larimer St. PMB 287** **Denver, CO 80202** | | - | | | | | | 145.00 |
| Account No. | | | | | | | | |
| **State of Florida** **c/o Rick Schiffer, Atty. General** **3507 East Frontage Road, # 325** **Tampa, FL 33607** | X | - | | | X | X | X | 1,149,697.54 |
| Account No. | | | | | | | | |
| **State of Iowa** **Jessica Whitney, Asst. Atty. Gen.** **1305 E. Walnut Street** **Des Moines, IA 50319** | X | - | | | X | X | X | 164,935.00 |

Sheet no. **9** of **14** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,373,498.13**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Legal Helpers Debt Resolution, LLC**                              ,     Case No.    **14-35193**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **State of Maryland** c/o Teresa Thornton, CFE Investig. 500 North Calvert Street, Suite 402 Baltimore, MD 21202 | | - | | X | X | X | 3,556,366.64 |
| Account No. | | | | | | | |
| **State of Nevada** JoAnn Gibbs, Atty. Gen. Office 10791 W. Twain, # 100 Las Vegas, NV 89135 | X | - | | X | X | X | 127,551.92 |
| Account No. | | | | | | | |
| **State of New Mexico** David C. Kramer, Atty Gen. Office 111 Lomas NW, Suite 120 Albuquerque, NM 87102 | X | - | | X | X | X | 260,258.17 |
| Account No. | | | | | | | |
| **State of New York** c/o Jim Morrissey, Atty. General 350 Main Street - Ste. 300A Buffalo, NY 14202 | X | - | | X | X | X | 1,148,071.95 |
| Account No. | | | | | | | |
| **State of North Carolina** c/o Jeb Saunders 114 W. Edenton Street Raleigh, NC 27602-0629 | | - | Settlement | | | | 1,533,000.00 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,625,248.68**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Legal Helpers Debt Resolution, LLC**                               , Case No.  **14-35193**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**State of North Carolina<br>c/o Jeb Saunders<br>114 W. Edenton Street<br>Raleigh, NC 27602-0629** | X | - | | X | X | X | 912,364.41 |
| Account No.<br><br>**State of Ohio<br>Tracy Morrison Dickens, Atty. Gen.<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215** | X | - | | X | X | X | 623,386.28 |
| Account No.<br><br>**State of Oregon<br>1162 Court Street NE<br>Salem, OR 97301** | | - | | X | X | X | 208,000.00 |
| Account No.<br><br>**State of Oregon<br>Lucille Solemey, Dept. Justice<br>1515 S W Fifth Avenue, Suite 410<br>Portland, OR 97201-5451** | X | - | | X | X | X | 237,597.45 |
| Account No.<br><br>**State of Tenessee<br>Nate Casey, Atty. General Office<br>P.O. Box 20207<br>Nashville, TN 37202** | X | - | | X | X | X | 411,270.41 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,392,618.55

B6F (Official Form 6F) (12/07) - Cont.

In re   **Legal Helpers Debt Resolution, LLC**                              Case No.   **14-35193**
                                                    ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | | X | X | X | |
| State of Vermont c/o Paula A. Longe, Dept of Fin Reg 89 Main Street Montpelier, VT 05620 | | | | | | | | | 629,324.54 |
| Account No. | | | - | | | X | X | X | |
| State of Wisconsin c/o Lara Sutherlin 17 West Main Street, P.O. Box 7857 Madison, WI 53707-7857 | | | | | | | | | 12,500,000.00 |
| Account No. | | | - | | | X | X | X | |
| State of Wisconsin c/o Lara Sutherlin 17 West Main Street, P.O. Box 7857 Madison, WI 53707-7857 | X | | | | | | | | 517,167.69 |
| Account No. | | | - | | | X | X | X | |
| Stewart, Annie R. c/o Jason Graeber 2426 Pass Road Biloxi, MS 39531 | | | | | | | | | 54,000.00 |
| Account No. | | | - | | | | | | |
| Sullivan & Sullivan 13800 S. Cicero Ave. P.O. Box 836 Crestwood, IL 60445 | | | | | | | | | 1,200.00 |

Sheet no.  __12__  of  __14__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          13,701,692.23

B6F (Official Form 6F) (12/07) - Cont.

In re   **Legal Helpers Debt Resolution, LLC**                                          ,     Case No.   __14-35193__
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sussman, Paul 380 Princeton Avenue Jersey City, NJ 07305 | | - | | | X | X | X | 14,000.00 |
| Account No. | | | | | | | | |
| Thompson Hine Two Alliance Center 3560 Lenox Rd., Suite 1600 Atlanta, GA 30326-4266 | | | | | | | | 8,903.00 |
| Account No. | | | | | | | | |
| Tressler, LLP 233 S. Wacker Dr. 22nd Floor Chicago, IL 60606-6399 | | - | | | | | | 22,587.10 |
| Account No. | | | | | | | | |
| Tubbs, Steven and Mark c/o Jason Graeber 2426 Pass Road Biloxi, MS 39531 | | - | | | X | X | X | 54,000.00 |
| Account No. | | | | | | | | |
| United Assistance Group J. Scott Gunn, P.A. 100 SE 3rd Ave., Ste. 2500 Fort Lauderdale, FL 33394 | | - | | | X | X | X | 300,000.00 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

399,490.10

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Legal Helpers Debt Resolution, LLC**                                    ,   Case No.   __14-35193__
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| **Veritext Legal Solutions Veritext Midwest 316 N. Milwaukee St., Suite 575 Milwaukee, WI 53202** | - | | | | | | | | 905.78 |
| Account No. | | | | | | | | | |
| **White, Michael Brent and Susan Shay c/o Andrea Carter-Fulton 770 N. Lincoln Ave. Loveland, CO 80537** | - | | | | | X | X | X | 39,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 39,905.78 |
| Total (Report on Summary of Schedules) | | 70,655,998.17 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Legal Helpers Debt Resolution, LLC**                                    ,    Case No.    __14-35193__
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

0
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re  **Legal Helpers Debt Resolution, LLC** _____,  Case No. ___**14-35193**_____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Mortgage Law Group** | **State of New York**<br>**c/o Jim Morrissey, Atty. General**<br>**350 Main Street - Ste. 300A**<br>**Buffalo, NY 14202** |
| **The Mortgage Law Group** | **State of Florida**<br>**c/o Rick Schiffer, Atty. General**<br>**3507 East Frontage Road, # 325**<br>**Tampa, FL 33607** |
| **The Mortgage Law Group** | **State of North Carolina**<br>**c/o Jeb Saunders**<br>**114 W. Edenton Street**<br>**Raleigh, NC 27602-0629** |
| **The Mortgage Law Group** | **State of Ohio**<br>**Tracy Morrison Dickens, Atty. Gen.**<br>**30 E. Broad Street, 14th Floor**<br>**Columbus, OH 43215** |
| **The Mortgage Law Group** | **State of Wisconsin**<br>**c/o Lara Sutherlin**<br>**17 West Main Street, P.O. Box 7857**<br>**Madison, WI 53707-7857** |
| **The Mortgage Law Group** | **State of Tenessee**<br>**Nate Casey, Atty. General Office**<br>**P.O. Box 20207**<br>**Nashville, TN 37202** |
| **The Mortgage Law Group** | **State of New Mexico**<br>**David C. Kramer, Atty Gen. Office**<br>**111 Lomas NW, Suite 120**<br>**Albuquerque, NM 87102** |
| **The Mortgage Law Group** | **State of Oregon**<br>**Lucille Solemey, Dept. Justice**<br>**1515 S W Fifth Avenue, Suite 410**<br>**Portland, OR 97201-5451** |
| **The Mortgage Law Group** | **State of Iowa**<br>**Jessica Whitney, Asst. Atty. Gen.**<br>**1305 E. Walnut Street**<br>**Des Moines, IA 50319** |

**1**
____ continuation sheets attached to Schedule of Codebtors

In re     **Legal Helpers Debt Resolution, LLC**                              ,     Case No. ___**14-35193**_____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **The Mortgage Law Group** | **State of Nevada**<br>**JoAnn Gibbs, Atty. Gen. Office**<br>**10791 W. Twain, # 100**<br>**Las Vegas, NV 89135** |

Sheet __**1**__ of __**1**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Legal Helpers Debt Resolution, LLC**

Debtor(s)

Case No.   **14-35193**

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**26**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 13, 2015**

Signature   **/s/ Jeffrey J. Aleman**

**Jeffrey J. Aleman**

**Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.