**Legal Helpers Debt Resolution, LLC Bank Accounts**

| Bank | Account # | Account Type |
|---|---:|---|
| J.P. Morgan Chase Bank | 637767151 | Operating |
| 200 W. Jackson Blvd. Chicago, IL 60606 | 452360097 | Operating 2 |
| ABA # 071000013 | 453747672 | New York |
|  | 871614459 | Loan Modification |
|  | 812237899 | Litigation Defense |
|  | 894311992 | Client Trust |
|  | 840787337 | Client Escrow |
|  | 2983850443 | Litigation Defense Savings |
| **Comerica Bank** | 1893186872 | Operating |
| 1 North Central Ave, MC 5148, AZ 85004 |  |  |
| ABA # 121137522 |  |  |
| **Wells Fargo Corp Trust** |  |  |
| P.O. Box 340214 Sacramento, CA 95834 | 1038377 | LHDR CA |
| ABA # 121000248 | 1038377 | LHDR CA Lit Ret |
| **Bank of the West** | 14749887 | Operating |
| 300 S Grand 5th Floor, Los Angeles, CA 90071 |  |  |
| ABA # 122242843 |  |  |