# United States Bankruptcy Court
## Northern District of Illinois

In re  **Legal Helpers Debt Resolution, LLC**                                     Case No.  **14-35193**
                                    Debtor(s)                                      Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Legal Helpers Debt Resolution, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Jeffrey J. Aleman**

**Tom Macey**

☐ None [*Check if applicable*]

| | |
|---|---|
| **February 13, 2015** | **/s/ Brian M. Graham** |
| Date | **Brian M. Graham** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Legal Helpers Debt Resolution, LLC** |
| | **Brian M. Graham, Attorney at Law** |
| | **7634 Lakeside Drive** |
| | **Frankfort, IL 60423** |
| | **312-909-3322 Fax:815-464-5912** |
| | **bmgrahampack@sbcglobal.net** |