| ACTIVE MATTERS | | | | |
|---|---|---|---|---|
| Caption | Court | Co-Defendants | Opposing Counsel | Status |
| Guidotti v. LHDR et al.<br>11-cv-1219-JBS-KMW | US Dist Ct NJ<br><br>Judge Jerome B. Simandle | Eclipse Servicing, Inc.<br>Global Client Solutions, LLC<br>Rocky Mountain Bank & Trust<br>Jeffrey J. Aleman<br>Century Mitigations<br>Amber N. Duncan<br>Joel Gavalas<br>Harry Hedaya<br>Michael Hendrix<br>Jeffrey J Hyslip<br>JEM Group, Inc.<br>Legal Helpers<br>Legal Services Support Group, LLC<br>Lynch Financial Solutions, Inc.<br>Thomas G. Macey<br>Douglas L McClure<br>Thomas M. Nicely<br>Jason Searns<br>Stephen Chaya<br>Reliant Account Management<br>JG Debt Solutions | Joseph Michael Pinto<br>Polino and Pinto, PC<br>720 East Main Street<br>Suite 1C<br>Moorestown, NJ 08057<br>856-727-1777<br>jfpolino@prodigy.net | |

| Caption | Court | Co-Defendants | Opposing Counsel | Status |
|---|---|---|---|---|
| Harrison v. LHDR et al.<br><br>Arb. Ref. No. 1390000104<br><br>12-2145-ADM-TNL<br><br>14-3010 | JAMS Arbitration<br>James M. Rosenbaum<br><br>US Dist. Ct. Minn.<br>Tony N. Leung<br><br>8th Cir. Ct of Appeals | CDS Client Services<br>James Agosto | Shawn J. Wanta<br>Baillon Thome Jozwiak & Wanta LLP<br>222 S. Ninth Street<br>Suite 2955<br>Minneapolis, MN 55402<br><br>Brian J. Ellsworth<br>P.O. Box 931<br>Rochester, MN 55903<br>brian@bjellsworth.com | |
| Mary Alice Huffman v. LHDR<br><br>Adv 12-00099-NPO<br><br>12-00177-NPO<br><br>14-0584-DPJ | US Bankruptcy Ct.<br>Judge Neil P Olack<br><br>US Dist. Ct.<br>SD Mississippi | Thomas Macey<br>Jeffrey Aleman<br>Jason Searns<br>Jeffrey Hyslip | Jason Graeber<br>2462 Pass Road<br>Biloxi, MS 39531<br>228-207-7117<br>jason@jasongraeberlaw.com<br><br>Matthew S. Lott<br>The Lott Law Firm<br>P.O. Box 1708<br>Pascagoula, MS 39568<br>228-215-2787<br>matt@mattlottlaw.com | |
| Cynthia Daum v. LHDR et al.<br>1209-11767 | Multnomah Cty Cir. Ct.<br>Oregon<br>Judge Skye Kelly<br>Judge Waller Nan Garner<br><br>Oregon Ct. of Appeals | Legal Services Support Group, LLC<br>Reliant Account Management<br>Reliant Account Management Systems, LLC<br>Amber Wolf | Jennifer L. Palmquist<br>Christine R. Tracey<br>Northwest Law Firm<br>1001 SW Fifth Avenue, Suite 1220<br>Portland, OR 97204-1147<br>503-242-1122<br>jpalmquist@nwlawfirm.com<br>ctracey@nwlawfirm.com | |

| Caption | Court | Co-Defendants | Opposing Counsel | Status |
|---|---|---|---|---|
| Oregon State v. LHDR et al. 121115018 | Multnomah Cty Cir. Ct. Oregon | | Assistant Attorney General 1515 SW Fifth Avenue Suite 410 Portland, OR 97201 971-673-1880 | |
| Maryland v. LHDR et al. | CID issued by the Attorney General | | Teresa Thornton CFE-Investigator Office of the Commissioner of Financial Regulation Maryland Dept. of Labor, Licensing and Regulations 500 North Calvert Street Suite 402 Baltimore, MD 21202-3651 | |
| George Huber v. LHDR et al. 11-51188-KMS Adv. 13-05030-KMS | US Bankruptcy Ct SD Mississippi Katherine M. Samson | Thomas Macey Jeffrey Aleman Jason Searns Jeffrey Hyslip | Jason Graeber Attorney at Law 2462 Pass Road Biloxi, MS 39531 228-207-7117 jasongraeber@bellsouth.net<br><br>Matthew Lott 3318 Pascagoula St Pascagoula, MS 39567 (228) 215-2787 | |

| Caption | Court | Co-Defendants | Opposing Counsel | Status |
|---|---|---|---|---|
| Shirley Patrick v. LHDR et al.<br>13-51664-KMS<br>Adv. 14-05016-KMS | US Bankruptcy Ct<br>SD Mississippi<br>Katherine M. Samson | Thomas Macey<br>Jeffrey Aleman<br>Jason Searns<br>Jeffrey Hyslip | Jason Graeber Attorney at Law<br>2462 Pass Road<br>Biloxi, MS 39531<br>228-207-7117<br>jasongraeber@bellsouth.net<br><br>Matthew Lott<br>3318 Pascagoula St<br>Pascagoula, MS 39567<br>(228) 215-2787<br>matt@mattlottlaw.com | |
| Terry L. Small v. LHDR et al.<br>13-51582-KMS<br>Adv. 14-05019-KMS | US Bankruptcy Ct<br>SD Mississippi<br>Katherine M. Samson | Thomas Macey<br>Jeffrey Aleman<br>Jason Searns<br>Jeffrey Hyslip | Jason Graeber Attorney at Law<br>2462 Pass Road<br>Biloxi, MS 39531<br>228-207-7117<br>jasongraeber@bellsouth.net<br><br>Matthew Lott<br>3318 Pascagoula St<br>Pascagoula, MS 39567<br>(228) 215-2787<br>matt@mattlottlaw.com | |
| Steven & Mary Tubbs v. LHDR et al.<br>12-52317-KMS<br>Adv. 14-05017-KMS | US Bankruptcy Ct<br>SD Mississippi<br>Katherine M. Samson | Thomas Macey<br>Jeffrey Aleman<br>Jason Searns<br>Jeffrey Hyslip | Jason Graeber Attorney at Law<br>2462 Pass Road<br>Biloxi, MS 39531<br>228-207-7117<br>jasongraeber@bellsouth.net<br><br>Matthew Lott<br>3318 Pascagoula St<br>Pascagoula, MS 39567<br>(228) 215-2787<br>matt@mattlottlaw.com | |

| Caption | Court | Co-Defendants | Opposing Counsel | Status |
|---|---|---|---|---|
| Ellen M. Rayburn v. LHDR et al. 12-51677-KMS Adv. 14-05018-KMS | US Bankruptcy Ct SD Mississippi Katherine M. Samson | Thomas Macey Jeffrey Aleman Jason Searns Jeffrey Hyslip | Jason Graeber Attorney at Law 2462 Pass Road Biloxi, MS 39531 228-207-7117 jasongraeber@bellsouth.net<br><br>Matthew Lott 3318 Pascagoula St Pascagoula, MS 39567 (228) 215-2787 matt@mattlottlaw.com | |
| Peter D. Jones v. LHDR et al. | US Bankruptcy Ct SD Mississippi Katherine M. Samson | Thomas Macey Jeffrey Aleman Jason Searns Jeffrey Hyslip | Jason Graeber Attorney at Law 2462 Pass Road Biloxi, MS 39531 228-207-7117 jasongraeber@bellsouth.net<br><br>Matthew Lott 3318 Pascagoula St Pascagoula, MS 39567 (228) 215-2787 matt@mattlottlaw.com | |
| James S. Beam v. LHDR et al. 13-50159-KMS Adv. 14-05021-KMS | US Bankruptcy Ct SD Mississippi Katherine M. Samson | Thomas Macey Jeffrey Aleman Jason Searns Jeffrey Hyslip | Jason Graeber Attorney at Law 2462 Pass Road Biloxi, MS 39531 228-207-7117 jasongraeber@bellsouth.net<br><br>Matthew Lott 3318 Pascagoula St Pascagoula, MS 39567 (228) 215-2787 matt@mattlottlaw.com | |

| Caption | Court | Co-Defendants | Opposing Counsel | Status |
|---|---|---|---|---|
| Emily Grimes v. LHDR et al. 14-cv-196-HSO-RHW | US So. Dist. of MS Robert H. Walker | Thomas Macey Jeffrey Aleman Jason Searns Jeffrey Hyslip | Jason Graeber Attorney at Law 2462 Pass Road Biloxi, MS 39531 228-207-7117 jasongraeber@bellsouth.net<br><br>Matthew Lott 3318 Pascagoula St Pascagoula, MS 39567 (228) 215-2787 matt@mattlottlaw.com | |
| Cheryl Kilpatrick v. LHDR et al. 14-cv-195-LG-JCG | US So. Dist. of MS John M. Roper | Thomas Macey Jeffrey Aleman Jason Searns Jeffrey Hyslip | Jason Graeber Attorney at Law 2462 Pass Road Biloxi, MS 39531 228-207-7117 jasongraeber@bellsouth.net<br><br>Matthew Lott 3318 Pascagoula St Pascagoula, MS 39567 (228) 215-2787 matt@mattlottlaw.com | |
| Darrell & Wendy Hopkins v. LHDR et al. 12-01143-ee Adv. 14-00032-ee | US So. Dist. of MS Edward Ellington | Thomas Macey Jeffrey Aleman Jason Searns Jeffrey Hyslip | Jason Graeber Attorney at Law 2462 Pass Road Biloxi, MS 39531 228-207-7117 jasongraeber@bellsouth.net<br><br>Matthew Lott 3318 Pascagoula St Pascagoula, MS 39567 (228) 215-2787 matt@mattlottlaw.com | |

| Caption | Court | Co-Defendants | Opposing Counsel | Status |
|---|---|---|---|---|
| Anne Ruth Stewart v. LHDR et al.<br>12-00226-NPO<br>Adv. 14-00031-NPO | US Bankruptcy Ct<br>SD Mississippi<br>Neil P Olack | Thomas Macey<br>Jeffrey Aleman<br>Jason Searns<br>Jeffrey Hyslip | Jason Graeber Attorney at Law<br>2462 Pass Road<br>Biloxi, MS 39531<br>228-207-7117<br>jasongraeber@bellsouth.net<br><br>Matthew Lott<br>3318 Pascagoula St<br>Pascagoula, MS 39567<br>(228) 215-2787<br>matt@mattlottlaw.com | |
| Alex and Shirley Scamardella v. LHDR et al.<br>MID-L-2402-14 | Superior Ct of NJ<br>Middelsex County<br>Judge Jamie D Happas | Eclipse Servicing, Inc.<br>Global Client Solutions, LLC<br>Rocky Mountain Bank and Trust<br>Jeffrey J. Aleman<br>Alana Carrion<br>Comerica Bank<br>Midfirst Bank<br>ABC Co. 1-100<br>John Does 1-100<br>Jeffrey J Hyslip<br>Bank of Oklahoma, NA<br>Thomas Nicely | Joseph Michael Pinto<br>Polino and Pinto, PC<br>720 East Main Street<br>Suite 1C<br>Moorestown, NJ 08057<br>856-727-1777<br>jfpolino@prodigy.net | |
| Ernest Farina v. LHDR et al.<br>MID-L-270-14 | Superior Ct of NJ<br>Middelsex County<br>Judge Jamie D Happas | John Does 1-10<br>ABC Inc. 1-10 | Edward Hanratty<br>Tomes & Hanratty, PC<br>40 Broad Street, Suite 1<br>Freehold, NJ 07728<br>723-333-0681 | |

| Caption | Court | Co-Defendants | Opposing Counsel | Status |
|---|---|---|---|---|
| State of Wisconsin v. LHDR et al.<br><br>2013 CX 11 | Circuit Court<br>Dane County, WI<br>C. William Foust | Thomas Macey<br>Jeffrey Aleman<br>Jason Searns<br>Jeffrey Hyslip | Lara Sutherlin<br>Assistant Attorney General<br>Wisconsin Dept. of Justice<br>17 W Main Street<br>PO Box 7857<br>Madison, WI 53707 | |