**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-35193 | CAD | Judge: | Carol A. Doyle | Trustee Name: | RONALD R. PETERSON |
| Case Name: | Legal Helpers Debt Resolution LLC | | | | Date Filed (f) or Converted (c): | 09/29/2014 (f) |
| | | | | | 341(a) Meeting Date: | 11/12/2014 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | 02/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. See attached Rider B(2) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2. The Mortgage Law Group ("TMLG") owes LHDR $1.8 mil | Unknown | Unknown | | 0.00 | Unknown |
| 3. Accounts receivable     (u) | 0.00 | 658.80 | | 658.80 | 0.00 |

|  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $658.80 | $658.80     $0.00 |
|  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 25, 2016.  This case is related to Mortgage Law.  The only difference is that I am assisting the Wisconsin Attorney General.  This case is related to the Legal Helpers law firm.  Mortgage Law did mortgage modification, and Legal Helpers Debt Resolution did offers and compromises with credit card companies.  This was ali a fraud.

August 14, 2015, 12:54 pm There are two matters pending in the state and federal courts of Wisconsin one, for Legal Helpers and one for Mortgage Law. I am waiting to see how those cases come out before taking any more action.

Initial Projected Date of Final Report (TFR): 12/31/2016     Current Projected Date of Final Report (TFR): 01/01/2017

Trustee Signature:     /s/ RONALD R. PETERSON     Date: 04/28/2016
RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL  60654-3456

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-35193 | Trustee Name: RONALD R. PETERSON |
| Case Name: Legal Helpers Debt Resolution LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8836 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0796 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/31/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/23/15 | 3 | SHAHEEN & GORDON, PA P.O. Box 977Dover, New hampshire 03821-0977 | | 1221-000 | $658.80 | | $658.80 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $658.80 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $658.80 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $658.80 | $0.00 |

Page Subtotals: $658.80    $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8836 - Checking Account (Non-Interest Earn | $658.80 | $0.00 | $658.80 |
|  | $658.80 | $0.00 | $658.80 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $658.80 |
| Total Gross Receipts: | $658.80 |

Trustee Signature:   /s/ RONALD R. PETERSON   Date: 04/28/2016

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL  60654-3456

Page Subtotals:   $0.00   $0.00